## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| NATHAN C. JONES and LYN J. BUCHMILLER, individually, and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> USHEALTH GROUP, INC., and USHEALTH ADVISORS, LLC, <br><br> Defendants. | **Case No.: 2:19-cv-02534-CM-JPO** <br><br> **CLASS ACTION** |

### DEFENDANTS' MOTION TO STAY PROCEEDINGS OR, ALTERNATIVELY, TO BIFURCATE DISCOVERY

Defendants USHEALTH Group, Inc., and USHEALTH Advisors, LLC, file this Motion to Stay Proceedings in this action pending the decision of the United States Supreme Court in *Barr v. American Association of Political Consultants*, No. 19-631. Alternatively, Defendants move to bifurcate discovery to determine whether an automatic telephone dialing system was used to send text messages to Plaintiff. For the reasons expressed in the accompanying Memorandum in Support, Defendants respectfully request the Court grant this Motion and stay discovery or, in the alternative, bifurcate discovery.

### CERTIFICATE OF GOOD FAITH CONFERRAL

On February 19, 2020, pursuant to local Rule 37.2, counsel for Defendants conferred with Christopher Roberts, counsel for Plaintiff, regarding the requested relief. The parties were not able to resolve this dispute and Plaintiff opposes this Motion.

OP 1962166.1

Dated: February 20, 2020  GREENSPOON MARDER LLP

*/s/ Gregg I. Strock*
Jeffrey A. Backman
(Fla. Bar No. 0662501)
Gregg I. Strock
(Fla. Bar No. 1010140)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Phone: (954) 491-1120
Fax: (954) 343-6958
jeffrey.backman@gmlaw.com
gregg.strock@gmlaw.com

and

SPENCER FANE LLP

*/s/ Mark A. Cole*
Mark A. Cole, KS #25349
6201 College Blvd, Suite 500
Overland Park, KS 66211
Phone: (913) 345-8100
Fax: (913) 345-0736
mcole@spencerfane.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing with the Clerk of the Court via CM/ECF on February 20, 2020. I further certify that any party that enters an appearance in this matter will receive a copy of this document via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

*/s/ Mark A. Cole*
Attorney for Defendant