UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NATHAN C. JONES, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.                                      Case No. 19-2534-HLT

USHEALTH GROUP, INC., et al.,

      Defendants.

**ORDER**

On March 12, 2020, the court granted defendants' unopposed motion to stay (ECF No. 53), pending a potentially dispositive ruling from the United States Supreme Court in *Barr v. American Association of Political Consultants*, No. 19-631. The parties filed a joint status report on July 20, 2020 (ECF No. 54), asking to continue the stay until spring 2021. The Supreme Court issued its decision in *Barr*, then granted a petition for certiorari on July 9, 2020, in *Facebook, Inc. v. Duguid*, No. 19-511, to resolve a circuit split on the meaning of "automatic telephone dialing system."[1] The parties agree this holding "will streamline discovery in this case and provide the parties and the court much needed guidance on a dispositive issue."[2] The court agrees it is in the interest of judicial economy to continue the stay until the Supreme Court issues its decision in *Duguid*, which is

---

[1] ECF No. 54.

[2] *Id.*

expected in spring 2021. The parties shall submit a joint proposed amended scheduling order within 14 days of that decision.

IT IS SO ORDERED.

Dated July 27, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
