UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| NATHAN C. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No: 2:19-cv-02534-CM-JPO |
| | ) |
| U.S. HEALTH GROUP, INC. and US HEALTH ADVISORS, LLC, | ) |
| | ) |
| Defendants. | ) |

**DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Nathan C. Jones, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby dismisses this matter with prejudice, each party to bear its own costs.

Respectfully submitted,

**BUTSCH ROBERTS & ASSOCIATES LLC**

/s/ Christopher E. Roberts
Christopher E. Roberts #24528
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
Phone: (314) 863-5700/Fax: 863-5711
butsch@butschroberts.com
roberts@butschroberts.com

*Attorney for Plaintiff Nathan Jones*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the Court's electronic filing system on April 2, 2021 to all counsel of record.

/s/ Christopher E. Roberts